UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jean Thony ELISME,<br>Petitioner,<br>v.<br>Christopher LaROSE, et al.,<br>Respondents. | Case No.: 26-cv-5417-AGS-VET<br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Jean Thony Elisme seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He seeks release, arguing, among other things, that his parole under 8 U.S.C. § 1182(d)(5) was inappropriately revoked. (*See* ECF 1.) Respondents concede they "have insufficient information regarding termination of that parole" and thus do "not oppose the petition." (ECF 4, at 2–3.) The Court thus **GRANTS** the petition and orders that petitioner be released subject to the same terms and conditions of his prior parole. All deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: September 29, 2026

Hon. Andrew G. Schopler
United States District Judge